# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2008

135685

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SPENCER CODY ROBINSON,
　　　　Defendant-Appellant.

SC: 135685
COA: 281522
Kalamazoo CC: 07-000209-FH

_____/

　　　　On order of the Court, the application for leave to appeal the December 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals for consideration as on leave granted.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008

_____
Clerk

s0528